NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1323

BOYD ROJAS

VERSUS

STRATAGRAPH, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-5231
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Oswald A. Decuir, and Billy Howard Ezell, Judges.

AFFIRMED.

Michael S. O'Brien
William L. Goode
The Goode Law Firm, A P.L.C.
P. O. Drawer 3366
Lafayette, LA 70502-3366
(337) 234-0600
Counsel for Plaintiff/Appellee:
    Boyd Rojas

Ian A. MacDonald
Perret Doise
P. O. Drawer 3408
Lafayette, LA 70502-3408
(337) 262-9000
Counsel for Defendant/Appellant:
    Stratagraph, Inc.